FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT MICKY MAUGHON,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF BILLY BRYAN BROWN d/b/a ALASKA WILDERNESS FAMILY PRODUCTIONS, *an Estate pending in Superior Court other State of Washington in and for Okanogan County, (Local Case Number 21-4-00024-24);* and AMORA L. BROWN, *personal representative of the Estate of Billy Bryan Brown*,<br><br>Defendants. | No. 2:21-CV-0147-JAG<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

Pending before the Court is Plaintiff's Motion for Dismissal Without Prejudice. ECF No. 83. **IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss, **ECF No. 83,** is **GRANTED.** All claims by and between Plaintiff and Defendants in the above-entitled action are hereby **dismissed without prejudice** and without an award of costs or attorneys' fees to any party.

The District Court Executive is directed to file this Order, provide copies to counsel and **CLOSE** this file.

DATED October 28, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 1